Scott E. Gizer, Esq., Nevada Bar No. 12216
*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.
and FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JPMORGAN CHASE BANK N.A.,

Plaintiff,

vs.

FIDELITY NATIONAL TITLE GROUP, INC. et al.,

Defendants.

Case No.: 2:20-CV-02188-APG-BNW

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (ECF No. 1)**

**(FIRST REQUEST)**

COMES NOW defendants Fidelity National Title Insurance Company (“FNTIC”), Fidelity National Title Group, Inc. (“FNTG”), and Fidelity National Title Agency of Nevada, Inc. (“Fidelity Agency”) (collectively “Defendants”) and plaintiff JPMorgan Chase Bank N.A. (“JPMorgan”), by and through their respective attorneys of record, which hereby agree and



stipulate as follows:

1. On December 1, 2020, JPMorgan filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 1, 2020, FNTIC removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On December 4, 2020, JPMorgan served its complaint on Fidelity Agency;

4. On December 7, 2020, JPMorgan served its complaint on FNTIC;

5. On December 14, 2020, JPMorgan served its complaint on FNTG

6. Fidelity Agency's and FNTIC's responses to the complaint are due on December 28, 2020;

7. FNTG's response to the complaint is due on January 4, 2021;

8. Defendants request an extension until Friday, January 29, 2021 to file their respective responses to JPMorgan's complaint to afford Defendants' counsel additional time to review and respond to JPMorgan's complaint.

9. Counsel for JPMorgan does not oppose the requested extension;

10. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

11. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//

//

//

//

//

//

//

//

//





**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including January 29, 2021.

Dated: December 16, 2020

SINCLAIR BRAUN LLP

By: *\/s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

Dated: December 16, 2020

WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Robbins*
LINDSAY D. ROBBINS
Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

ORDER

**IT IS SO ORDERED**

**DATED:** 4:35 pm, December 22, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



