Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No.: 2:20-cv-02188-APG-BNW |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 10] AND MOTION FOR FEES AND COSTS [ECF No. 11]** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC., et al., | |
| Defendants. | **(First Request)** |



Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff JPMorgan Chase Bank N.A.'s ("JPMorgan") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 1, 2020, JPMorgan filed its Complaint in the Eighth Judicial District Court, Case No. A-20-825633-C [ECF No. 1-1];

2. On December 1, 2020, Fidelity filed a Petition for Removal to this Court [ECF No. 1];

3. On December 31, 2020, JPMorgan filed a Motion for Remand [ECF No. 10];

4. On December 31, 2020, JPMorgan filed a Motion for Costs and Fees [ECF No. 11];

5. Fidelity's deadline to respond to JPMorgan's Motion for Remand and Motion for Costs and Fees is currently January 14, 2021;

6. Fidelity's counsel is requesting an extension until Thursday, January 28, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

7. Fidelity requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Fidelity additional time to respond to the legal arguments set forth in JPMorgan's motions;

8. JPMorgan does not oppose the requested extension;

9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW
593709.1

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

**IT IS SO STIPULATED** that Fidelity's deadline to respond to JPMorgan's Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby extended through and including January 28, 2021.

Dated: January 12, 2021

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: _/s/-- Sophia S. Lau_
    SCOTT E. GIZER
    SOPHIA S. LAU
    Attorneys for Defendant FIDELITY
    NATIONAL TITLE INSURANCE
    COMPANY

Dated: January 12, 2021

SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
    KEVIN S. SINCLAIR
    Attorneys for Defendant FIDELITY
    NATIONAL TITLE INSURANCE
    COMPANY

Dated: January 21, 2021

WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Robbins_
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff WELLS FARGO
    BANK, N.A.

**IT IS SO ORDERED:**

Dated: ___January 12, 2021___

By: _____
    UNITED STATES JUDGE



STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS

593709.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


_/s/ D'Metria Bolden_

D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

593709.1