1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, Nevada Bar Number 12277
7     *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Boulevard, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11  FIDELITY NATIONAL TITLE INSURANCE COMPANY
12  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14  2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15
                  **UNITED STATES DISTRICT COURT**
16
                       **DISTRICT OF NEVADA**
17

18

19  JPMORGAN CHASE BANK, N.A.,                  Case No.: 2:20-cv-02188-APG-BNW

20                      Plaintiff,              **STIPULATION AND PROPOSED
                                                ORDER EXTENDING DEFENDANT
21        vs.                                   FIDELITY NATIONAL TITLE
                                                INSURANCE COMPANY'S TIME TO
                                                RESPOND TO MOTION FOR
22  FIDELITY NATIONAL TITLE GROUP,              REMAND [ECF No. 10] AND MOTION
   INC., et al.,                                FOR FEES AND COSTS [ECF No. 11]
23                      Defendants.
                                                **(Second Request)**
24

25

26

27

28



---

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS**

595735.1

Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff JPMorgan Chase Bank N.A.'s ("JPMorgan") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 1, 2020, JPMorgan filed its Complaint in the Eighth Judicial District Court, Case No. A-20-825633-C [ECF No. 1-1];

2. On December 1, 2020, Fidelity filed a Petition for Removal to this Court [ECF No. 1];

3. On December 31, 2020, JPMorgan filed a Motion for Remand [ECF No. 10];

4. On December 31, 2020, JPMorgan filed a Motion for Costs and Fees [ECF No. 11];

5. Fidelity's deadline to respond to JPMorgan's Motion for Remand and Motion for Costs and Fees is currently January 28, 2021;

6. Fidelity's counsel is requesting an extension until Friday, February 12, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

7. Fidelity requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Fidelity additional time to respond to the legal arguments set forth in JPMorgan's motions;

8. JPMorgan does not oppose the requested extension;

9. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

595735.1

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

1  **IT IS SO STIPULATED** that Fidelity's deadline to respond to JPMorgan's Motion for

2  Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby extended through

3  and including February 12, 2021.

4

5  Dated:  January 22, 2021                 EARLY SULLIVAN WRIGHT
                                            GIZER & McRAE LLP
6
                                            By:   */s/-- Sophia S. Lau*
7                                                 SCOTT E. GIZER
                                                  SOPHIA S. LAU
8                                                 Attorneys for Defendant FIDELITY
                                                  NATIONAL TITLE INSURANCE
9                                                 COMPANY

10
   Dated:  January 22, 2021                 SINCLAIR BRAUN LLP
11
                                            By:   */s/-Kevin S. Sinclair*
12                                                KEVIN S. SINCLAIR
                                                  Attorneys for Defendant FIDELITY
13                                                NATIONAL TITLE INSURANCE
                                                  COMPANY
14

15  Dated:  January 22, 2021                 WRIGHT FINLAY & ZAK, LLP

16                                           By:   */s/-Lindsay D. Robbins*
                                                  LINDSAY D. ROBBINS
17                                                Attorneys for Plaintiff JPMORGAN CHASE
                                                  BANK, N.A.
18

19  **IT IS SO ORDERED:**
20

21
   Dated:____January 25, 2021____         By:_____
22                                              UNITED STATES JUDGE
23

24

25

26

27


28

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
595735.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such fillling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

/s/ D'Metria Bolden
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS

595735.1