WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, JPMorgan Chase Bank N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK N.A., | Case No.: 2:20-cv-02188-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 22-24]** |
| FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, | **[First Request]** |
| Defendants. | |

Plaintiff, JPMorgan Chase Bank N.A. ("JPMorgan") Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity") and Defendants Fidelity National Title Insurance Company ("Fidelity National") and Fidelity National Title Agency of Nevada ("Fidelity Agency", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 1, 2020, JPMorgan filed its Complaint in Eighth Judicial District Court, Case No. A-20-825633-C [ECF No. 1-1];
2. On December 1, 2020, Fidelity National filed its Petition for Removal to this Court [ECF No. 1];
3. On January 28, 2021, Fidelity National filed a Motion to Dismiss [ECF No. 22];

4. On January 28, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 23];

5. On January 28, 2021, Fidelity Agency also filed a Motion to Dismiss [ECF No. 24];

6. JPMorgan's deadline to respond to Defendants' Motions to Dismiss is currently February 11, 2021;

7. JPMorgan's counsel is requesting an extension until March 15, 2021, to file its response to the pending Motions to Dismiss;

8. This extension is requested to allow JPMorgan additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for JPMorgan continues to recover from an unexpected medical emergency.

9. Counsel for Defendants does not oppose the requested extension;

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of February, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, JPMorgan Chase Bank N.A.*

DATED this 11th day of February, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company, and Fidelity National Title Agency of Nevada*

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE